## MEMORANDUM

TO: HONORABLE DENNY CHIN
U.S. District Court Judge

FROM: MICHAEL FITZPATRICK
Chief Pretrial Services Officer

**MEMO ENDORSED**

RE: ROBIN HUFF
DOCKET #: 07 CR ~~2027~~ 1143-4

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/9/2008*

The attached memorandum was prepared by Pretrial Services Officer, Lisa Chan 212-805-4131 will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[✓]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time, *except that, if defendant is released, the bail conditions are modified to include mental health treatment.*

[ ]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____.
                     Date           Time

[✓]   So Ordered: _____[signature]_____ USDJ 1/9/08

[ ]   I request that a Bail Review Hearing be conducted by:

  [ ]   The presiding Magistrate Judge in courtroom # 5A.

  [ ]   The District Court Judge presiding in Part I.

  [ ]   _____ at his/her earliest convenience.
         Judicial Officer

COMMENTS:
_____
_____
_____