AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____  DISTRICT OF  _____ NEW YORK _____

**APPEARANCE**

| United States of America |
|---|

v.

| Michael Chu, et al. |
|---|

Case Number: | 07 Cr. 1143 (DC) |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

| May 30, 2008 |
|---|

Date



Signature

| Lee Renzin | | LR-7732 |
|---|---|---|

Print Name                                                              Bar Number

| U.S. Attorney's Office - 1 St. Andrew's Plaza |
|---|

Address

| New York, | New York | 10007 |
|---|---|---|

City                              State                              Zip Code

| (212) 637-2723 | (212) 637-0421 |
|---|---|

Phone Number                                          Fax Number